IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Charles, Wallace, 172974 AIS
Full name and prison number
of plaintiff(s)

v. Demand Jury Trial

CIVIL ACTION NO. 2:06CV688-WKW
(To be supplied by the clerk
of U.S. District Court)

Grantt. Culliver, Warden
State Prison of W.C. Holman
Correctional Facility, In His
Individual and Official Capacity
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal
        court dealing with the same or similar facts involved
        in this action?  YES(✓)  NO( )

    B.  Have you begun other lawsuits in state or federal
        court relating to your imprisonment?  YES( )  NO(✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) Charles. Wallace is Presently
            Incarcerated at W.C. Holman. Correctional Facility
            Defendant(s) Grantt. Culliver. Is the warden
            of W.C. Holman. Correctional Facility

        2.  Court (if federal court, name the district; if
            state court, name the county) Bibb. County
            Circuit Court

4

3. Docket number **Cv-2000-159**

4. Name of judge to whom case was assigned **Judge Hon. Marvin W. Wiggins**

5. Disposition(for example: Was the case dismissed? Was it appealed? Is it still pending?) **Denied 4-13-06**

6. Approximate date of filing lawsuit **1-26-06**

7. Approximate date of disposition **4-13-06**

II. PLACE OF PRESENT CONFINEMENT **W.C. Holman Correctional Facility D-460-T**

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED **W.C. Holman Correctional Facility Business office**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. **Grant Culliver** | **W.C. Holman Correctional Facility Holman 3700 Atmore, AL 36503 Warden, Mail Box**
2.
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **3-31-05**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Approximately on March 31, 2005 At W.C. Holman Correctional Facility Atmore Alabama. Defendant Culliver Negligently Allowed His Business Staff, To Deprive Plaintiff Wallace of his Property without Due Process of law.**

5

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Defendant Culliver, Business staff stole $43.50 off of Plaintiff Wallaces' Prison account Here At W.C. Holman Correctional Facility During the months of March 31, 2005, July 15, 2005, August 23, 2005, October 11, 2005, Defendant Culliver was notified by Plaintiff Wallace concerning the Allegations Described in Ground one, But Failed To take corrective Action.

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

6

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*Wherefore, Plaintiff Demands this Honorable Court Grant the following Relief:*

*Charles Wallace* AIS /92974
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  7-20-06
(Date)

*Charles Wallace* AIS /92974
Signature of plaintiff(s)

7

— Continuing From Page 7. Number VI. —

A. Issue a declaratory Judgment that defendant violated The united States Constitution and State law When He:

1) Allowed his Business Staff to appropriate Funds For Their own use, OFF OF the Plaintiff P.M.O.D Account.

2) Ignored the Plaintiff request to Make Corrections to the Wrong.

B. Issue an injunction ordering that Defendant:

1) Order his Business Manager reFrain From deducting Monies OFF OF the Plaintiff P.M.O.D Account. Except When necessary By order of the Court.

2) ReFrain From retaliation or threatening Plaintiff For Exercising the right of access to Courts. Except when Necessary to prevent Injury, Death, or the Destruction of Valuable Property; And

3) ReFrain From Confiscating the Personal legal Pleadings or LAW Books of the Plaintiff.

C. Grant Compensatory Damages in the Following amount:

1) $6,000 Against Defendant Culliver;

Continuing From Page.7 Number.VI

D. Grant Punitive Damages of $12,000 against the Defendant.
E. Grant such other reliEF as it may appear PlaintiFF is entitled.

Respectfully Submitted,

NAME *Charles, Wallace*

Address, W.C. Holman, Correctional, Facility
3700. Holman
Atmore, AL 36503