AO 240 (REV. 10/03)

# UNITED STATES DISTRICT COURT

Middle    District of    Alabama

2006 AUG -4 A 9: 24

Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

V.

Defendant    CASE NUMBER: 2:06cv688-WKW

I, Charles Wallace _____ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant    ☐ other
in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to part 2)
   If "Yes," state the place of your incarceration W. C. Holman Correctional Fac. lity
   Are you employed at this institution? NO    Do you receive any payment from the Institution? NO
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your last employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends            ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments  ☐ Yes    ☑ No
   d. Disability or workers compensation payments     ☐ Yes    ☑ No
   e. Gifts or inheritances                          ☑ Yes    ☐ No
   f. Any other sources                              ☐ Yes    ☑ No

   If the answer to any of the above "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

Family members, Don't Know How much They'll send.

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N/one

I declare under penalty of perjury that the above information is true and correct.

7-17-06                    Charles Wallace,
_____                _____
   Date                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                       STATE OF ALABAMA
                    DEPARTMENT OF CORRECTIONS
                   HOLMAN CORRECTIONAL FACILITY
```

AIS #: 192974        NAME: WALLACE, CHARLES              AS OF: 07/17/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JUL | 14 | $0.43 | $0.00 |
| AUG | 31 | $1.00 | $10.00 |
| SEP | 30 | $0.03 | $0.00 |
| OCT | 31 | $1.17 | $5.00 |
| NOV | 30 | $0.06 | $0.00 |
| DEC | 31 | $0.06 | $0.00 |
| JAN | 31 | $0.06 | $0.00 |
| FEB | 28 | $0.06 | $0.00 |
| MAR | 31 | $0.06 | $0.00 |
| APR | 30 | $0.06 | $0.00 |
| MAY | 31 | $0.06 | $0.00 |
| JUN | 30 | $0.06 | $0.00 |
| JUL | 17 | $0.06 | $0.00 |

GROUND TWO: _____

SUPPORTING FACTS: Ditto Business, id.

To, Business Office

# INMATE REQUEST SLIP

Return To

ame *Charles, Wallace* Quarters *D-460-T* Date *7-17-06*

AIS # *192974*

( ) Telephone Call   ( ) Custody Change   ( ) Personal Problem
( ) Special Visit    ( ) Time Sheet       (✓) Other *Account Statement*

riefly Outline Your Request - Then Drop In Mail Box

*Complete an account statement for both forms.*

~~To Business Office~~

Do Not Write Below This Line - **For Reply Only**

JUL 17 2006

| Approved | Denied | Pay Phone | Collect Call |

Request Directed To: (Check One)

( ) Warden                      ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor   (✓) Legal Officer - Notary     ( ) Record Office
                                    Public

N176